IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINA COSTA | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-1851 |
| | : | |
| GENESIS ADMINISTRATIVE | : | |
| SERVICES, LLC | | |

## **ORDER**

AND NOW, this 30th day of March, 2022, upon consideration of Defendant Genesis Administrative Services, LLC's Motion for Summary Judgment, Plaintiff Regina Costa's response in opposition, it is hereby ORDERED the Motion (Document No. 19) is GRANTED in part and DENIED in part as follows:

- The Motion is GRANTED with respect to Counts I, II, III, IV, and VII. Judgment is entered for Defendant Genesis Administrative Services, LLC.

- The Motion is DENIED with respect to Counts V and VI.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.